(78 South. 576)

No. 23019.

STATE v. COLEY et al.

(April 29, 1918.)

Appeal from Fifteenth Judicial District Court, Parish of Calcasieu; Jerry Cline, Judge.

Bon Coley and Jim Perry were convicted of operating a blind tiger, and they appeal. Conviction and sentence affirmed.

A. R. Mitchell, of Lake Charles, for appellants. A. V. Coco, Atty. Gen., and J. Sheldon Toomer, Dist. Atty., of Lake Charles (Vernon A. Coco, of New Orleans, of counsel), for the State.

LECHE, J. Defendants were found guilty of operating a "blind tiger," and their present appeal is submitted without brief or argument. The record contains no bill of exception, and discloses no error to the prejudice of the accused.

The conviction and sentence appealed from are affirmed.